IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Odell Smith. | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3:16 CV 50138 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| Jame Nelson, et al. | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

     After assigning counsel, Judge Kapala gave counsel time to decide whether he could file an amended complaint. Dkt. 5. On 10/4/2016 counsel filed a report stating that he could not locate the plaintiff, would continue to try, but would seek to withdraw if he remained unsuccessful. Dkt. 20. He also mentioned that based on the information he had to date, he did not think he would amend consistent with Rule 11. Id. In response, this Court gave the attorney a date by which to file a motion to withdraw and a date for presentment, Dkt. 21, but counsel filed nothing. On 3/7/2019 this Court directed counsel to file a supplemental report on his efforts to contact the plaintiff and amend the complaint by 3/20/2019, or by that date file his motion to withdraw. Dkt. 26. Counsel has still filed nothing. In the meantime, a check of IDOC's website reveals that the plaintiff is no longer in IDOC custody. The plaintiff last provided his address in a letter docketed on 10/19/2016, at which time he was in custody at the Vandalia Correctional Center, see Dkt. 23, but since then he has failed to update his address. It is therefore this Court's Report and Recommendation that the case be dismissed for want of prosecution. Any objection must be filed by 4/17/2019. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: 4/3/2019                                                           /s/ Iain D. Johnston
                                                                                                U.S. Magistrate Judge