IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Odell Smith, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 16 C 50138 |
| | ) | |
| Jame Nelson, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

# **ORDER**

Before the court is a report and recommendation ("R&R") [27] from the magistrate judge that this case be dismissed for want of prosecution. Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R. This case is closed.

Date: 4/18/2019

ENTER:

_____
FREDERICK J. KAPALA

District Judge